OSCN Found Document:FREDERICK v. STATE

OSCN navigation

Home

Courts

Court Dockets

Legal Research

Calendar

Help

Previous Case

Top Of Index

This Point in Index

Citationize

Next Case

Print Only

FREDERICK v. STATE2017 OK CR 18Case Number: D-2015-15Decided: 06/23/2017DARRELL WAYNE FREDERICK, Appellant, v. THE STATE OF OKLAHOMA, Appellee.

Cite as: 2017 OK CR 18, __ __

CORRECTION ORDER
¶1 It has come to the Court's attention that Judge Smith's vote in the above styled and numbered cause, Frederick v. State, 2017 OK CR 12, ___ P.3d ___, was incorrectly recorded. The record of her vote should read as follows:

SMITH, J.: Concur in Result
 
¶2 IT IS SO ORDERED.
¶3 WITNESS OUR HANDS AND THE SEAL OF THIS COURT this 23rd day of June, 2017.
/S/GARY L. LUMPKIN, Presiding Judge
/S/DAVID B. LEWIS, Vice Presiding Judge
ARLENE JOHNSON, JudgeNOT PARTICIPATING
/S/ROBERT L. HUDSON, Judge
ATTEST:
/s/Michael S. RichieClerk

Citationizer© Summary of Documents Citing This Document

Cite
Name
Level

None Found.

Citationizer: Table of Authority

Cite
Name
Level

None Found.